JS-6



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH DAVIDSON,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BOBOS CORP. d/b/a BOBOS BURGERS, ALEXANDRA YORTZIDIS SARGIANIDES, and DOES 1 through 10,**<br><br>**Defendants.** | Case No.: CV 20-05016-CJC(MAAx)<br><br>**JUDGMENT** |

This matter came before the Court on Plaintiff's motion for default judgment. On November 4, 2020, the Court granted Plaintiff's motion. In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff for (1) injunctive relief requiring Defendant Bobos Corp. to provide accessible parking signage, parking access aisle and space markings, and a ramp from the access aisle to the

restaurant which comply with the Americans with Disabilities Act guidelines, and (2) attorneys' fees and costs of $1,640.

DATED: November 4, 2020

_____
HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE